IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DOUGLASS FOWLER,<br><br>        Defendant. | Case No. 2:08-cr-00193-GEB-1<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release **Douglass Fowler** from custody for the offenses at issue in this federal action.

IT IS SO ORDERED.

Dated: June 20, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1